**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VERONICA WILLIAMS, | : | Case No. 1:26-cv-590 |
| Plaintiff, | : | |
| vs. | : | District Judge Jeffery P. Hopkins<br>Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANK, | : | |
| Defendant. | : | |

**REPORT AND RECOMMENDATION**

Plaintiff, a resident of Lake Orion, Michigan, submitted a Complaint in this Court without paying the filing fee or moving for leave to proceed *in forma pauperis*. (Doc. 1). Because the Complaint was also not signed, the Court issued a Deficiency Order on June 24, 2026, ordering Plaintiff to submit a signed Complaint and either pay the full filing fee or to file an application to proceed *in forma pauperis* within thirty (30) days of the date of the order. (Doc. 4). Plaintiff was advised that her failure to comply with the Order would result in the dismissal of this action for want of prosecution. (*Id.* at PageID 17).

To date, more than thirty (30) days after the June 24, 2026 Order, Plaintiff has failed to respond to or otherwise comply with the Order of the Court.

A *pro se* litigant has an affirmative duty to diligently pursue the prosecution of her cause of action. *See Jourdan v. Jabe,* 951 F.2d 108, 109 (6th Cir. 1991). District courts have the inherent power to *sua sponte* dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). Failure of a party to respond to an order of the court warrants invocation of the Court's inherent power. *See* Fed. R.

Civ. P. 41(b). Accordingly, this case should be dismissed for Plaintiff's failure to comply with the Court's June 24, 2026 Order. *In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

It is therefore **RECOMMENDED** that this matter be **DISMISSED** without prejudice for lack of prosecution.

**IT IS SO RECOMMENDED.**

*s/Stephanie K. Bowman*
Stephanie K. Bowman
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VERONICA WILLIAMS, | : | Case No. 1:26-cv-590 |
| Plaintiff, | : | |
| vs. | : | District Judge Jeffery P. Hopkins<br>Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANK, | : | |
| Defendant. | : | |

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).